Same case below, 614 F.3d 1009.

**No. 10-7429. Norberto Quinones, aka Jose Rosado, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 840, 178 L. Ed. 2d 571, 2010 U.S. LEXIS 9809, ▆▆▆▆

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 349.

**No. 10-7430. Hermelindo Angeles-Trejo, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 840, 178 L. Ed. 2d 571, 2010 U.S. LEXIS 9755.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 395 Fed. Appx. 84.

**No. 10-7437. James Louis Polk, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 840, 178 L. Ed. 2d 571, 2010 U.S. LEXIS 9772.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 381 Fed. Appx. 385.

**No. 10-7440. Naim Nafis Shakir, aka Naim Shakir, aka James Perry, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 841, 178 L. Ed. 2d 571, 2010 U.S. LEXIS 9639.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 616 F.3d 315.

**No. 10-7449. Rogelio L. Valenzuela-Lopez, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 841, 178 L. Ed. 2d 571, 2010 U.S. LEXIS 9778, ▆▆▆▆

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 375 Fed. Appx. 665.

**No. 10-7456. George Wilson, Petitioner v. United States.**

**No. 10-7478. Joseph Blackson, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 841, 178 L. Ed. 2d 571, 2010 U.S. LEXIS 9757.

December 13, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same cases below, 390 U.S. App. D.C. 368, 605 F.3d 985.

**No. 10-7458. George Brown, Jr., Petitioner v. Wileska Lirios, et al.**

562 U.S. 1117, 131 S. Ct. 841, 178 L. Ed. 2d 571, 2010 U.S. LEXIS 9804.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 391 Fed. Appx. 539.